IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01318-ZLW

CLIFFORD WOODS,

    Plaintiff,

v.

ANTHONY DeCESARO,
DAVID TETGAN, and
FRANK ORTIZ,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Motion for Prospective Relief (Doc. No. 10) filed by Plaintiff on September 14, 2011. This case was dismissed by an order and judgment filed on July 15, 2010. Therefore, the Plaintiff's motion is DENIED as inappropriate.

Dated: September 16, 2011